RICHARD LOWITZ, Respondent, v. GLADYS LOWITZ, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of allowing defendant counsel fees and expenses in the sum of $250, of which one-half, or $125, shall be payable within five days from the entry of the order herein, and the remaining $125 shall be paid on the day of trial, on the ground that the answer and affidavits served on the part of the defendant indicate that she has a meritorious defense; and that the question of the custody of the child was not properly before the court, no notice for such relief being given. Order in so far as it denies alimony affirmed, without costs. This decision is without prejudice to defendant to renew her motion for alimony if plaintiff fails to bring on the action promptly for trial. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

JAMES H. MACLAUCHLAN, Respondent, v. HENRY M. BEHRE and SURETY ENGINEERING Co., INC., Appellants.— Order denying motion to strike cause from the Equity Term calendar reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The amended complaint presents no case for an accounting in equity. The parties are not coadventurers, but the contract is simply one employing plaintiff and compensating him for his services by a share in the profits. (*Hart* v. *Garrett Co.*, 87 App. Div. 536; *Lee* v. *Washburn*, 80 id. 410.) Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

RUBEL CORPORATION, Respondent, v. LAWRENCE FIGHERA and Others, Appellants; VITO LOVERRO and Others, Defendants. (Appeal No. 2.) — Order modified as follows: Striking out the first ordering paragraph; striking from the paragraph following the words " and any and all other papers, books, records or documents; " striking out of the following paragraph the words " and any and all other papers, books, records, or documents." As so modified the order is affirmed, without costs. Discovery to be had at Special Term, Part 2, on five days' notice. The court at Special Term will control and regulate the use, examination, inspection and copying of books and papers so that no improper use may be made thereof to the detriment of the defendants. (*Bell* v. *Gilbert Paper Co.*, 117 Misc. 610; affd., 201 App. Div. 867, 868, 870; *Wertheim* v. *Grombecker*, 229 id. 16, 17.) Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

RUBEL CORPORATION, Appellant, Respondent, v. LAWRENCE FIGHERA and Others, Respondents, Appellants, and VITO LOVERRO and Others, Defendants. (Appeal No. 1.) — Order modified by striking therefrom, as subjects of examination, items 7 and 19, and by adding thereto items 10 and 13, and as so modified affirmed, without costs; examination to be held at Special Term, Part 2, as provided in the order, on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.